

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2016

No. 04-15-00536-CV

Romeo **LONGORIA**, et al.,
Appellant

v.

**EXXON MOBIL CORPORATION**, et al.,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 13-12-16488-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

The panel has considered appellants' motion for rehearing. The motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court